RECEIVED
APR 09 2025
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ABDOLPH LEGER

Plaintiff, ____ Civ. ________ (      )

- against -

ALEX NULMAN, HUMBERTO J. DELGADO, CHU PHILLIS JOHN HECHT, MARIO ROMANO, JEREMY SALANO, BRIAN MCALLISTER ROSARION SAINTELME, DINEEN RIVIEZZO, NICHOLAS A ORTEAGA, CEASAR A REYES, KEENAN A ADAMS-EDWARD ____ Defendant.

---------------------------------------------------------------x

**AFFIDAVIT FOR**
**JUDGMENT BY DEFAULT**

STATE OF NEW YORK )
) ss.: XXX-XX5-776
COUNTY OF NEW YORK )

______________________________, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and am associated with the firm of ______________________________, attorneys for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

2. I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiff's application for the entry of a default judgment against defendant.

3. This is an action to recover ____________________ owed by defendant to plaintiff for ______________________________________________.

4. Jurisdiction of the subject matter of this action is based on ________________ ______________________ jurisdiction.

5. This action was commenced on ____*(date)*____ by the filing of the summons and complaint. A copy of the summons and complaint was served on the defendant on

___*(date)*___ by personal service on ________________*(name)*________________,

(STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT) and proof of service by the Special Process Server was filed. The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired.

6. This action seeks judgment for the liquidated amount of $___________, plus interest at ________% from ____*(date)*____, for a total as of ____*(date)*____ of $___________, as shown by the annexed Statement, which is justly due and owing, and no part of which has been paid except as therein set forth.

7. The disbursements sought to be taxed have been made in this action or will necessarily be made herein.

WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant.

Dated: New York, New York
_______*(date)*_______

______________________________
*(Attorney's name)*

Sworn to before me this _____
day of ____________, ________.

______________________________
Notary Public

IF DEFENDANT IS AN INDIVIDUAL, ATTORNEY'S AFFIDAVIT MUST CONTAIN A STATEMENT THAT HE OR SHE IS NOT A MINOR, MENTALLY INCOMPETENT NOR IN THE MILITARY SERVICE OF THE UNITED STATES.

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

MLY TO SEAL

ITY®
L

l destinations.

overage.

Package Pickup,
QR code.

M/PICKUP

how2recycle.info

US
SDNY

FROM:
ABDOLPH A LEGER
BC: 1132400335
OBCC
1600 HAZEN STREET
E. ELMHURST NY
11370

TO:
UNITED STATES COURTHOUSE
PROSE INTAKE UNIT AT ROOM
120, 500 PEARL STREET
NEW YORK, NY
10007

RECEIVED
APR 09 2025
PRO SE OFFICE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.